No. 644. AMERICAN STEVEDORES, INC., *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *John T. Reges* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *Burton Berkley* for the United States.

No. 651. WISCONSIN ET AL. *v.* UDALL, SECRETARY OF THE INTERIOR. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Roy G. Tulane,* Assistant Attorney General of Wisconsin, *Nicholas V. Olds,* Assistant Attorney General of Michigan, *Newell A. Clapp, Wendell Lund* and *Joseph B. Levin* for petitioners. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle, Morton Hollander* and *Kathryn H. Baldwin* for respondent.

No. 80, Misc. WAKIN *v.* KEENAN, WORKHOUSE SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 546, Misc. BUSH *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. Carl E. F. Dally* for respondent.

No. 566, Misc. MARTINEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 743, Misc. MARTIN *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied. Petitioner *pro se. John B. Breckinridge,* Attorney General of Kentucky, and *Ray Corns,* Assistant Attorney General, for respondent.